AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
NOV 04 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
RAMON DERRELL GOLDSMITH

Case No: 1:12cr00052-1
USM No: 16762-043

Date of Original Judgment: 04/15/2013
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

Michael Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __160__ months **is reduced to** __128 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/15/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/4/2015

Judge's signature

Effective Date: _____
*(if different from order date)*

Louis Guirola, Jr.    Chief U.S. District Judge
*Printed name and title*